795 A.2d 376

HOMESTEAD INSURANCE COMPANY, Petitioner

v.

PENJERDEL REFRIGERATION COMPANY
and Episcopal Hospital, Respondent.

No. 996 MAL 2001.

Supreme Court of Pennsylvania.

April 23, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 23rd day of April 2002, the Petition for Allowance of Appeal is **GRANTED.** It is further ordered that this matter be consolidated with *State Farm Fire and Casualty Co. v. Craley*, No. 28 MAP 2002 and *Motorists Mutual Insurance Co. v. Pinkerton et al*, No. 20 WAP 2002.